UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT | * | CIVIL ACTION |
| OF ASSOCIATED MARINE EQUIPMENT | * | |
| LLC, AS OWNER/OPERATOR OF THE | * | NO. 11-720 |
| D/B RUSSELL KNIGHT, OFFICIAL NO. | * | |
| 649182 FOR EXONERATION FROM OR | * | SECTION "B"(2) |
| LIMITATION OF LIABILITY | * | |

### ORDER

Considering Petitioner Curtis Henry's Motion to Lift Stay (Rec. Doc. No. 9),

**IT IS ORDERED** that said motion is hereby **DENIED WITHOUT PREJUDICE** to reurge after resubmitting a stipulation that complies with *Texaco, Inc. v. Williams*, 47 F.3d 765, 768 (5th Cir.), *cert. denied*, 516 U.S. 907 (1995); *see also* CA# 95-3098, Amended Stipulations & Order at Rec. Doc. Nos. 19 & 15.  There is, however, no requirement for claimants here to stipulate to an exoneration from liability because a stipulation to limitation of liability is adequate to protect owner's rights under the Limitation Act.  *In re Tidewater, Inc.*, 249 F.3d 342, 346 (5th Cir. 2001).

New Orleans, Louisiana, this 14th day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE